# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLINT GROUP INC., et al., | CASE NO. CV F 07-0403 LJO DLB |
| Plaintiffs, | **ORDER SETTING STATUS CONFERENCE AND CONTINUING SCHEDULING CONFERENCE** |
| v. | |
| FRED HAINES & CO, INC., et al., | |
| Defendants. / | |

This Court held a scheduling conference on July 31, 2007 in Department 4. Plaintiffs appeared by telephone by counsel David Nelson. Defendant Fred Haines & Company appeared by counsel Jay Christofferson. Defendant John Vidamer appeared by telephone by counsel Marilyn Raia.

At the conference, counsel for Haines informed that Court that counsel anticipated bringing in a third party defendant. Accordingly, for good cause shown, the Court SETS a status conference for September 20, 2007 at 8:30 a.m. in Department 4. If Defendant Haines has not brought in the third party, the conference on September 20, 2007 will be a scheduling conference.

IT IS SO ORDERED.

**Dated:   July 31, 2007**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1