IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FLINT GROUP INCORPORATED f/k/a FLINT INK CORPORATION, Michigan Corporation; and FLINT GROUP NORTH AMERICA CORPORATION, a Michigan Corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FRED HAINES & COMPANY, INC., a California Corporation; and JOHN VIDAMER d/b/a LABEESH TRUCKING, an individual,<br><br>　　　　　　　　Defendants. | Case No.  1:07-CV-00403-LJO-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS/SCHEDULING CONFERENCE SET FOR SEPTEMBER 20, 2007** |

　　　　WHEREAS, the parties and the Court met on July 31, 2007 for an Initial Scheduling Conference in this matter, and the Court advised that the Scheduling Conference would be continued based on the potential need to join non-parties by way of a cross-claim;

　　　　WHEREAS, the Court agreed to continue the Scheduling Conference until September 20, 2007, to allow time to obtain information relating to non-parties to determine if third party practice was necessary;

　　　　WHEREAS, Defendant FRED HAINES & COMPANY issued subpoenas on August 7, 2007, to NRC Environmental Services and The Stockton Record to obtain information contained in their respective files relating to the ink spill at issue in this matter;

　　　　WHEREAS, the documents sought by way of the subpoena were due on August 28, 2007;

　　　　WHEREAS, NRC Environmental Services has requested a two week extension to produce the documents responsive to the subpoena;

　　　　WHEREAS, FRED HAINES will not have sufficient time to review the documents subpoenaed and make a determination whether third party practice will be necessary prior to the

Status/Scheduling Conference presently set for September 20, 2007; and

WHEREAS, the parties wish to avoid spending the Court's time unnecessarily;

The parties through their collective agreement, and the good cause set out above, seek a continuance of the Status/Scheduling Conference for a minimum of 30 days.

IT IS SO STIPULATED.

Dated:  September 5, 2007                              McCORMICK, BARSTOW,
                                                      SHEPPARD,WAYTE & CARRUTH LLP


By:           /s/ Jay A. Christofferson
                    Anthony N. DeMaria
                    Jay A. Christofferson
                    Attorneys for Defendant
              FRED HAINES & COMPANY, INC.


Dated:     September 5, 2007                          BULLIVANT HOUSER BAILEY


By:           /s/ Marilyn Raia
                    Marilyn Raia
                    Attorney for
              JOHN VIDAMER d/b/a LABEESH
                        TRUCKING


Dated:     September 5, 2007                          AKIN, GUMP, STRAUSS,HAUER & FELD
                                                                      LLP


By:           /s/ David W. Nelson
                    David W. Nelson
                    Attorneys for
              FLINT GROUP INCORPORATED and
              FLINT GROUP NORTH AMERICAN
                        CORPORATION

## ORDER

The Scheduling Conference is reset to October 25, 2007 at 8:15 a.m. in Department 4 (LJO), or as soon thereafter as the matter may be heard.

IT IS SO ORDERED.

**Dated:   September 5, 2007**            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE