**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLINT GROUP INC., et al., | CASE NO. CV F 07-0403 LJO DLB |
| Plaintiffs, | **ORDER SETTING STATUS CONFERENCE AND SETTING DEADLINE FOR** |
| v. | **THIRD PARTY COMPLAINT** |
| FRED HAINES & CO, INC., et al., | |
| Defendants. / | |

This Court held a status conference on October 25July 31, 2007 in Department 4. Plaintiffs appeared by telephone by counsel David Nelson. Defendant Fred Haines & Company ("Haines") appeared by counsel Jay Christofferson. Defendant John Vidamer appeared by telephone by counsel Marilyn Raia.

At the last status conference before this Court on July 31, 2007, Defendant Haines informed that Court that Haines anticipated bringing in a third party defendant. No third party has yet been joined to this action. Accordingly, the Court orders that the deadline for defendant Haines to join any third party is thirty (30) days from the date of this order. The Court SETS a status conference for December 20, 2007 at 8:30 a.m. in Department 4.

IT IS SO ORDERED.

**Dated:   October 25, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE