IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLINT GROUP INC., et al., | CASE NO. CV F 07-0403 LJO DLB |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE SET FOR DECEMBER 20, 2007** |
| v. | |
| FRED HAINES & CO, INC., et al., | |
| Defendants. | |

WHEREAS, the parties and the Court met on July 31, 2007 for an Initial Scheduling Conference in this matter, and the Court advised that the Scheduling Conference would be continued based on the potential need to join non-parties by way of a cross-claim;

WHEREAS, the Court agreed to continue the Scheduling Conference until September 20, 2007, to allow time to obtain information relating to non-parties to determine if third party practice was necessary;

WHEREAS, the Court at the next Scheduling Conference on October 25, 2007, advised all existing parties that any third-party practice must be initiated by December 20, 2007;

WHEREAS, Defendant FRED HAINES & COMPANY filed a third party complaint on November 15, 2007 naming The Stockton Record and ONI Stockton, Inc. as third party defendants;

WHEREAS, the third party complaint was served on ONI Stockton, Inc. on November 27, 2007, and The Stockton Record was served on November 28, 2007;

WHEREAS, The Stockton Record requested and was granted an extension to file a responsive pleading by December 31, 2007;

WHEREAS, The Stockton Record and ONI Stockton, Inc. will not have had sufficient time to prepare for and participate fully in the December 20, 2007, Scheduling Conference; and

WHEREAS, the parties wish to avoid spending the Court's time unnecessarily and to have all parties participate in the Scheduling Conference;

The existing parties to the action through their collective agreement, and the good cause set out above, seek a continuance of the Scheduling Conference presently set for December 20, 2007, until January 22, 2008, or as soon thereafter as the matter may be heard.

**ORDER**

The December 20, 2007 Scheduling Conference is RESET to January 22, 2008, or as soon thereafter as the matter may be heard. No further continuances regarding due pleadings may be given without Court input.

IT IS SO ORDERED.

**Dated:   December 13, 2007**              /s/ Lawrence J. O'Neill
                                                                                  UNITED STATES DISTRICT JUDGE