IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLINT GROUP INC., et al., | CASE NO. CV F 07-0403 LJO DLB |
| Plaintiffs, | **ORDER TO RESET MANDATORY SCHEDULING CONFERENCE** |
| vs. | Date:  February 13, 2008 |
| FRED HAINES & COMPANY, INC., et al., | Time:  8:15 a.m.<br>Dept.:  4 (LJO) |
| Defendants. / | |

With the recent appearance of and new counsel for third-party plaintiffs/defendants Stockton Record and ONI Stockton, Inc., this Court is unable to conduct a meaningful January 22, 2008 scheduling conference. On the basis of good cause, this Court:

1. VACATES the January 22, 2008 scheduling conference;

2. RESETS the scheduling conference for February 13, 2008 at 8:15 a.m. in Department 4 (LJO) of this Court. The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5680; and

3. ORDERS the parties, no later than February 6, 2008, to file a Joint Scheduling Report which includes proposed discovery, motion and trial dates workable for all counsel and parties and to e-mail a copy of the Joint Scheduling Report to ljoorders@caed.uscourts.gov and formatted as a WordPerfect or Word attachment.

IT IS SO ORDERED.

**Dated:   January 17, 2008**              /s/ Lawrence J. O'Neill

1

1                              UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28