IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLINT GROUP, INC. et al., | CASE NO. CV F 07-0403 DLB |
| Plaintiffs, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| vs. | |
| FRED HAINES & COMPANY, INC., et al., | |
| Defendants. / | |
| AND CROSS AND THIRD-PARTY ACTIONS. / | |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Dennis L. Beck for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All further papers shall bear the new case number **CV F 07-0403 DLB**.

IT IS SO ORDERED.

**Dated:**   April 7, 2008                         /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE

1