R.D. KIRWAN (SBN 46259)
DAVID W. NELSON (SBN 240040)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
rkirwan@akingump.com
dnelson@akingump.com
Telephone:   310-229-1000
Facsimile:    310-229-1001

Attorneys for Plaintiffs
FLINT GROUP INCORPORATED and
FLINT GROUP NORTH AMERICA
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLINT GROUP INCORPORATED f/k/a FLINT INK CORPORATION, a Michigan corporation; and FLINT GROUP NORTH AMERICA CORPORATION, a Michigan Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FRED HAINES & COMPANY, INC., a California corporation; and JOHN VIDAMER d/b/a LABEESH TRUCKING, an individual.<br><br>　　　　　Defendants.<br><br>FRED HAINES & COMPANY, INC., a California corporation, an individual,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>ONI STOCKTON, INC., a Delaware corporation; and THE STOCKTON RECORD, a California corporation.<br><br>　　　　　Third-Party Defendants. | Case No. 1:07-CV-00403-DLB<br><br>[Assigned To The Honorable Dennis L. Beck]<br><br>**JOINT STIPULATION AND ORDER RE DISMISSAL** |

---

JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
*Case No. 1:07-CV-00403-DLB*

6117224

1  Plaintiffs Flint Group Incorporated and Flint Group North America Corporation,
2  Defendant, Third-Party Plaintiff and Third-Party Defendant Fred Haines & Company,
3  Inc., Defendant and Third-Party Defendant John Vidmar and Third-Party Defendants
4  and Third-Party Plaintiffs ONI Stockton, Inc. and The Stockton Record, through their
5  respective counsel of record, hereby agree and stipulate to resolve their dispute by way
6  of entry of settlement agreement:

7  **NOW THEREFORE, IT IS HEREBY STIPULATED** that pursuant to Rule 41
8  of the Federal Rules of Civil Procedure, this Court enter a dismissal with prejudice of
9  the entire Action between the parties, Case No. 1:07-CV-00403-DLB, with each the
10 parties to bear its/his respective attorneys' fees and costs.

12  **IT IS SO STIPULATED:**

14  Dated: October 27, 2008   **AKIN GUMP STRAUSS HAUER & FELD LLP**

16                              By:   /s/ David Nelson
                                    David W. Nelson
17                                  Attorneys for Plaintiffs
                                    FLINT GROUP INCORPORATED and
18                                  FLINT GROUP NORTH AMERICA CORPORATION

19  Dated: October 27, 2008   **McCORMICK BARSTOW LLP**

21                              By:   /s/ Jay Christofferson
22                                  Anthony N. DeMaria
                                    Jay A. Christofferson
23                                  Attorneys for Defendant, Third-Party Plaintiff and
24                                  Third-Party Defendant
                                    FRED HAINES & COMPANY, INC.

Dated: October 27, 2008     **BULLIVANT HOUSER & BAILEY, P.C.**


By:  /s/ Marilyn Raia
Marilyn Raia
Attorneys for Defendant and Third-Party Defendant
JOHN VIDMAR


Dated: October 27, 2008     **KOLETSKY, MANCINI, FELDMAN & MORROW**


By:  /s/ Susan L. Caldwell
Susan L. Caldwell
Attorneys for Third-Party Defendants
and Third-Party Plaintiffs
ONI STOCKTON, INC. and
THE STOCKTON RECORD

**IT IS SO ORDERED**:


Dated: 5 November 2008                          /s/ Dennis L. Beck
Dennis L. Beck
United States Magistrate Judge

2

JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
*Case No. 1:07-CV-00403-DLB*

6117224